| | |
|---|---|
| CHRISTY STEPHANY,<br>    Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and<br>WEC ENERGY GROUP,<br>    Defendants. | CASE NO. 2:21-cv-00899-JPS<br><br>Judge J. P. Stadtmueller |

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC

  Plaintiff, Christy Stephany, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union in this action. Accordingly, Trans Union does not intend to participate in the Status Conference, currently scheduled for September 29, 2021. Plaintiff and Trans Union shortly will file a Stipulation Of Dismissal With Prejudice once the settlement is consummated.

                        Respectfully submitted,

Date:  September 24, 2021        *s/ Sandra Davis Jansen*
                         Sandra Davis Jansen, Esq. (IN #27803-53)
                         Schuckit & Associates, P.C.
                         4545 Northwestern Drive
                         Zionsville, IN 46077
                         Telephone: 317-363-2400, Ext. 134
                         Fax: 317-363-2257
                         E-Mail: sjansen@schuckitlaw.com

                         *Counsel for Defendant Trans Union, LLC*

Date: September 24, 2021

*s/ Elliot Gale (with consent)*
Elliot Gale, Esq.
Gale, Angelo, Johnson & Pruett, P.C.
1430 Blue Oaks Boulevard, Suite 250
Roseville, CA 95747
Telephone: 916-290-7778
Fax: 916-721-2767
E-Mail: egale@gajplaw.com

*Counsel for Plaintiff Christy Stephany*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **24th day of September, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Elliot Gale, Esq. | Todd T. Nelson, Esq. |
| egale@gajplaw.com | tnelson@ssblawsc.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of September, 2021**, properly addressed as follows:

| None. | |

*s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (IN #27803-53)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400, Ext. 134
Fax: 317-363-2257
E-Mail: sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*