# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHRISTY STEPHANY,

    Plaintiff,

v.

TRANSUNION, LLC and WEC ENERGY GROUP, INC.,

    Defendants.

Case No. 21-CV-899-JPS

**ORDER**

On July 31, 2021, Plaintiff filed this case alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. (Docket #1). On October 21, 2021, Plaintiff and Defendant Transunion, LLC signed and filed a stipulation of dismissal of this action with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Docket #14). The Court will adopt the parties' stipulation.

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #14) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs against Transunion, LLC.

Dated at Milwaukee, Wisconsin, this 25th day of October, 2021.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge